# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MATTHEW WEISS,

        Plaintiff,

v.                                              Case No. 6:23-cv-00784

TRANS UNION LLC,

        Defendant.

_____/

## **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**

COMES NOW, Trans Union LLC ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court as follows:

    **A.**    **PROCEDURAL BACKGROUND**

1.    On or about April 14, 2023, Plaintiff Matthew Weiss ("Plaintiff") filed this Action (Case No. 2023-SC-025067-O), in the County Court of the Ninth Judicial Circuit Court in and for Orange County, Florida, Small Claims Division, (the "State Court Action"). **Ex. B.**  The State Court Action asserts claims against Trans Union, relating to his Trans Union credit file.  Plaintiff asserts that Trans Union has violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*.

2.    Trans Union was served with Plaintiff's Summons and Statement of Claim in the State Court Action on April 19, 2023.

3.  The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.

4.  No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

5.  As set forth below, the State Court Action is being removed to this Court based on federal question jurisdiction.

### B. REMOVAL BASED ON FEDERAL QUESTION

6.  This action may be removed to this Court by Trans Union pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Statement of Claim, Plaintiff alleges damages based on Defendant's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. Moreover, any pendant claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7.  Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Trans Union was first served with the Statement of Claim, the initial pleading setting forth the claims for relief upon which this action is based.

8.  Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper

in the United States District Court for the Middle District of Florida, Orlando Division, because it is in the district and division embracing the place where the state court action is pending.

9. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the County Court of the Ninth Judicial Circuit Court in and for Orange County, Florida, as required by 28 U.S.C. § 1446(d).

10. Pursuant to 28 U.S.C. § 1446(a), a copy of the docket sheet and all process, pleadings, and orders served upon Defendant in the State Court Action is attached hereto as **Ex. A** and **Ex. C**.

11. Plaintiff's Statement of Claim does not request a jury trial. **Ex. B**.

12. Trial has not commenced in the County Court of the Ninth Judicial Circuit Court in and for Orange County, Florida.

WHEREFORE, Trans Union LLC respectfully prays that this Action be removed to this Court and that this Court assume full jurisdiction as if this Action had been originally filed here.

                                           Respectfully submitted,

                                           */s/ Alexandria Epps*
                                           Alexandria Epps
                                           aepps@qslwm.com
                                           Florida Bar No. 1002739
                                           Quilling, Selander, Lownds,

6258017.2

                Winslett & Moser, P.C.
                6900 N. Dallas Parkway, Suite 800
                Plano, TX, 75024
                (214) 560-5463
                (214) 871-2111 Fax
                ***Counsel for Trans Union LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April 2023, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

None.

I hereby certify that I have emailed and mailed by United States Postal Service the above and foregoing document to the following non-CM/ECF participants:

Matthew Weiss
weissbrokerage@gmail.com
13524 Lodi Terrace, Apt. 6308
Windermere, FL 34766
(631) 363-3441
*Pro Se Plaintiff*

                                              */s/ Alexandria Epps*
                                              **ALEXANDRIA EPPS**